|   |   |
|---|---|
| 1 | Amrane Cohen, Chapter 13 Trustee |
|   | 770 The City Drive South, Suite 3300 |
|   | Orange, CA 92868 |
| 2 | Phone (714) 621-0200 |
|   | Fax   (714) 621-0277 |

**United States Bankruptcy Court**
**Central District of California**

|                              |                                      |
|------------------------------|--------------------------------------|
|                              | ) Chapter 13                         |
|                              | )                                    |
|                              | ) Case No.: 8:07-bk-14352-ES         |
| GINA M LAROCCA               | )                                    |
|                              | ) **NOTICE OF UNCLAIMED DIVIDEND**   |
|                              | ) **(Bankruptcy Rule 3010)**         |
|                              | )                                    |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301095** in the sum of **$ 12.68** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

    GINA M LAROCCA
    27424 DEER CREEK CT
    CORONA, CA #REF!

Date: September 19, 2011        /S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0714352 | GINA M LAROCCA<br>ACCT:                    Claim: 00000 | XXX-XX-8565 | 12.68 | 0.00 | 12.68 |
|  | | TOTALS | 12.68 | 0.00 | 12.68 |

GINA M LAROCCA

BALANCE:                    [0.00  13/00000]
SSN: XXX-XX-8565    SSN:
ACCT:                              CASE: 0714352
PRINCIPAL:          12.68    INTEREST:          0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301095

Aug 22, 2011

VOID 90 DAYS FROM DATE

\*\*\*\*\*\*\*\*$12.68

PAY    Twelve And 68 / 100 Dollars

TO THE ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301095⑈ ⑆061100790⑆ 000000575186 2⑈